# Third District Court of Appeal
## State of Florida

Opinion filed May 26, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1824
Lower Tribunal No. 18-22362
_____

**José Yeyille,**
Appellant,

vs.

**Armandina Acosta-Leon, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Antonio Arzola, Judge.

José Yeyille, in proper person.

Walter J. Harvey, Miami-Dade County School Board Attorney, and Luis M. Garcia, Deputy School Board Attorney, for appellees.

Before EMAS, C.J., and SCALES and GORDO, JJ.

PER CURIAM.

Affirmed.